DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
HEALTH SERVICES ASSET MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Perez, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>Health Services Asset Management, LLC,<br><br>        Defendant. | CASE NO. 3: 17-cv-00044-GPC-KSC<br><br>**NOTICE OF FINANCIAL INTEREST** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

   Pursuant to S.D. Local Rules, Civil Rule 40.2 or FRCP 7.1, the undersigned, counsel for Defendant, HEALTH SERVICES ASSET MANAGEMENT, LLC certifies that no publicly held company owns 10% or more of stock in HUNTER HEALTH SERVICES ASSET MANAGEMENT, LLC.

///

{00062476;1}                    1

|   |   |
|---|---|
|   | **CARLSON & MESSER LLP** |
| Dated: February 28, 2017 | s/ David J. Kaminski |
|   | David J. Kaminski |
|   | Stephen A. Watkins |
|   | Attorneys for Defendant, |
|   | *HEALTH SERVICES ASSET MANAGEMENT, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **28th** of **February, 2017**, a true and accurate copy of the foregoing **NOTICE OF FINANCIAL INTEREST** was served via the U.S. District Court ECF system on the following e-mail(s):

ak@kazlg.com
josh@westcoastlitigation.com
yana@westcoastlitigation.com
DanielShay@TCPAFDCPA.com

                                       s/ David J. Kaminski
                                       David J. Kaminski