UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Perez, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Health Services Asset Management, LLC,<br><br>Defendant. | CASE NO. 3: 17-cv-00044-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered the parties' Joint Motion to Dismiss, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit.

Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: August 29, 2017

Hon. Gonzalo P. Curiel
United States District Judge